AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

ROBERT L. JOHNSON,
        Plaintiff,

V.

TOWN OF SANDWICH, MARYGAIL ALESE,
PATRICK R. ELLIS, ROBERT S. JONES,
DIANE T. TUCKER, JOHN S. JILLSON,
JAN L. TEEHAN AND GEORGE H. DUNHAM,
        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11937 DPW**

TO: (Name and address of Defendant)

    MaryGail Alese
    10 Chadwell Avenue
    Sandwich, MA 02563

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    James R. McMahon, III, Esquire
    Law Offices of James R. McMahon, III, P.C.
    25 Main Street, Second Floor
    Post Office Box 313
    Buzzards Bay, MA 02532-0313

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                               DATE   9-3-04

(By) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **November 04, 2004 at 2:20 PM** I served a true and attested copy of Summons, Amended Verified Complaint, Pl'ff's Demand for Trial by Jury & Civil Action Cover Sheet, to the within named Defendant, MaryGail Alese, by leaving at the last and usual abode to wit: 10 Chadwell Avenue, Sandwich, MA 02563 and by mailing 1st class a copy of the Summons to the Defendant at the stated address on November 04, 2004.

Fee: $41.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannis Port, MA 02672

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                       *Signature of Server*

                                          _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.