AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

ROBERT L. JOHNSON,
        Plaintiff,

V.

TOWN OF SANDWICH, MARYGAIL ALESE,
PATRICK R. ELLIS, ROBERT S. JONES,
DIANE T. TUCKER, JOHN S. JILLSON,
JAN L. TEEHAN, AND GEORGE H. DUNHAM,
        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11937DPW

TO: (Name and address of Defendant)

Jan L. Teehan
23 Kiah's Way
East Sandwich, MA 02537

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. McMahon, III, P.C.
Law Offices of James R. McMahon, III, P.C.
25 Main Street, Second Floor
Post Office Box 313
Buzzards Bya, MA 02532-0313

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    9-3-04

CLERK                                                            DATE

(By) DEPUTY CLERK