UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11937DPW

ROBERT JOHNSON,

    Plaintiff,

vs.

TOWN OF SANDWICH, MARYGAIL ALESSE, PATRICK R. ELLIS, ROBERT S. JONES, DIANE T. TUCKER, JOHN S. JILLSON, JAN L. TEEHAN and GEORGE H. DUNHAM,

    Defendants

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants, Town of Sandwich, Marygail Alesse, Patrick R. Ellis, Robert S. Jones, Diane T. Tucker, John S. Jillson, Jan L. Teehan, and George H. Dunham in the above-referenced matter.

Respectfully submitted,
The Defendants,
Town of Sandwich, Marygail Alesse, Patrick R. Ellis, Robert S. Jones, Diane T. Tucker, John S. Jillson, Jan L. Teehan and George H. Dunham,
By their attorneys,

/s/ Deborah I. Ecker
Leonard H. Kesten, BBO No. 542042
Deborah I. Ecker, BBO No.: 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED: November 18, 2004