# The Commonwealth of Massachusetts
## Commission Against Discrimination

DOCKET NUMBER: 00132499
FILING DATE: 08-15-2000

EEOC/HUD NUMBER: 16CAC2S2\_\_
VIOLATION DATE: 02/15/00

**Name of Aggrieved Person or Organization:**
Robert L. Johnson
5 Moody Drive
Sandwich, MA 02563
Telephone Number: (508) 888-0755

**Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:**
Town Of Sandwich
Human Resources Department
Municipal Building
130 Main Street
Sandwich, MA 02563
Telephone Number: (508) 888-4910     No. of Employees: 20 +

Work Location: Sandwich, MA

**Cause of Discrimination based on:**
Age
Disability
Other.
(Age of Complainant, specified
Skin disease or defect (including irregular pigmentation)
Paragraph 4, Retaliation).

**The particulars are:**
I, Robert L. Johnson, the Complainant believe that I was discriminated against by Town Of Sandwich, on the basis of Age Disability Other. This is in violation of M. G. L. Chapter 151B S4 P 1B+16+4.

Please see attached.

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

_____
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 16th Day of August, 2000
NOTARY PUBLIC: _____

SIGNATURE    NOTARY    PUBLIC: _____    MY COMMISSION
EXPIRES:

## CHARGE OF DISCRIMINATION

as is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse completing this form.

ENTER CHARGE NUMBER
☐ FEPA 00132499
☐ EEOC

### MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION
*(State or local Agency, if any)* — and EEOC

**NAME** (Indicate Mr., Ms., or Mrs.): MR. ROBERT L. JOHNSON
**HOME TELEPHONE NO.** (Include Area Code): (508) 888-0755
**STREET ADDRESS:** 4 MOODY DRIVE
**CITY, STATE AND ZIP CODE:** SANDWICH, MA 02563
**COUNTY:** BARNSTABLE

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME:** TOWN OF SANDWICH
**NO. OF EMPLOYEES/MEMBERS:** 20+
**TELEPHONE NUMBER** (Include Area Code): (508) 888-4910
**STREET ADDRESS:** MUNICIPAL BUILDING 130 MAIN STREET
**CITY, STATE AND ZIP CODE:** SANDWICH, MA 02563

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ AGE ☒ RETALIATION ☒ OTHER (Specify) HANDICAP

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** (Month, day, year): FEBRUARY 15, 2000

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s))*:

"SEE ATTACHMENT"

RECEIVED AUG 15 2000 COMMISSION AGAINST DISCRIMINATION

☐ I also want this charge filed with the EEOC.
will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

[signature] Charging Party (Signature)

**NOTARY** – *(When necessary to meet State and Local Requirements)*
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
X [signature]
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
8-11-00 [signature/notary stamp] COMMISSION EXP 05/24/02

EEOC FORM 5   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# ATTACHMENT A

I am 51 years old, (d.o.b. 12-07-48), and a disable veteran who has spent 25 years on the Sandwich, MA Police Force, 13 of those years as a sergeant. I suffer from a mildly disabling (10%) skin condition acquired in Vietnam which does not interfere with my ability to perform police work. In 1997, the Chief of Police position became available and I indicated my interest, passed the necessary examinations and screening and was considered one of two finalists. Both finalists were ultimately passed over in favor of Michael Miller who is not disabled, is younger, and is significantly less experienced than myself. Miller was sworn in as Chief of Police on February 15, 2000.

During the selection process, I was told that the Town did not want any disabled Veterans in the Chief's job. Selectwoman Mary Gail Alesse made these remarks and also stated that "We don't want a Chief coming in the front door in a wheelchair." These sentiments were echoed as well by other Town of Sandwich Selectmen. I was also told that I was "too old for the Chief position" angrily by Selectman Robert Jones. Both Alesse and Jones were involved in the decision making process.

After making my displeasure known regarding the Town's discriminatory acts, I became the victim of retaliation. Shortly after Michael Miller assumed the Chief's position. I was relieved of my plain clothes daytime detective sergeant duties and reassigned as a road supervisor in a cruiser and wearing a standing police uniform. This was done despite the Detectives Division's having solved every major crime they investigated during the year previous. I had also served as interim Chief of Police when the Chief or Acting Chief was out of town. This position too was taken from me causing me to lose stature with other officers on the force.

Therefore, I charge the Respondent with unlawful discrimination against me in violation of Massachusetts General Laws c. 151B § 4, the Age Discrimination in Employment Act 29 U.S.C. §621 et seq and Americans with disabilities Act 42 U.S.C. §12101 et seq.

