## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PERSON FILING CHARGE:
  Robert L. Johnso
THIS PERSON (Check One):
  ( ) Claims to be aggrieved
  ( ) Is filing on behalf of
DATE OF ALLEGED VIOLATION:
  02/15/00

Town Of Sandwich
Human Resources Department
Municipal Building
130 Main Street
Sandwich, MA 02563

PLACE OF ALLEGED VIOLATION:
  Sandwich
EEOC CHARGE NUMBER:

FEPA CHARGE NUMBER:
  00BEM2499

**NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS**
(See Attached Information Sheet For Additional Information)

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[ ] Title VII of the Civil Rights Act of 1964
[ ] The Age Discrimination in Employment Act of 1967 (ADEA)
[ ] The Americans Disabilities Act (ADA)

HAS BEEN RECEIVED BY
[ ] The EEOC and sent for initial processing to __MCAD__
                                                    (FEP Agency)
[X] The __Mass. Commission Against Discrimination__
    (FEP Agency) and sent to the EEOC for dual filing purposes.

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

TOTAL P.07