UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-11937 DPW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT L. JOHNSON,
                Plaintiff,

v.

TOWN OF SANDWICH, MARYGAIL ALESSE,
PATRICK R. ELLIS, ROBERT S. JONES,
DIANE T. TUCKER, JOHN S. JILLSON,
JAN L. TEEHAN, and GEORGE H. DUNHAM,
                Defendants

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1 (D)(3)**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

We, the undersigned Counsel and Plaintiff, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
ROBERT L. JOHNSON

_____
JAMES R. McMAHON, III, ESQUIRE
BBO # 552111
Law Offices of James R. McMahon, P.C.
25 Main Street, Second Floor
Post Office Box 313
Buzzards Bay, MA 02352-0313
(508) 759-9099

Dated: January 11, 2005

**CERTIFICATE OF SERVICE**

I, James R. McMahon, III, Esquire, attorney for the Plaintiff, Donald A. Brisson, do hereby certify this date that I have served a true copy of the within Plaintiff's Certification of Compliance with Local Rule 16.1(D)(3), upon the Defendant, City of New Bedford, by mailing same, first-class, postage prepaid, to their attorneys of record, Leonard H. Keston, Esquire and Deborah I. Ecker, Esquire, of Brody, Haroon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116.

Dated:  January 11, 2005

/JAMES R. McMAHON, III