UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11937DPW

| | |
|---|---|
| ROBERT JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF SANDWICH, MARYGAIL ALESSE, PATRICK R. ELLIS, ROBERT S. JONES, DIANE T. TUCKER, JOHN S. JILLSON, JAN L. TEEHAN and GEORGE H. DUNHAM, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the court's directive, the parties hereby submit the following Joint Report as to the status of the case.

The parties are awaiting the court's decision on the Defendant's Motion to Dismiss prior to initiating any discovery in this matter.

| Respectfully submitted, <br> The Plaintiff, <br> By his attorneys, | Respectfully submitted, <br> The Defendants, <br> By their attorneys, |
|---|---|
| /s/ James R. McMahon <br> James R. McMahon, III, BBO# 552111 <br> Law Offices of James R. McMahon, III <br> 25 Main Street, Second Floor <br> P.O. Box 313 <br> Buzzards Bay, MA 02532 <br> (508) 759-9099 | /s/ Deborah I. Ecker <br> Leonard H. Kesten, BBO No. 542042 <br> Deborah I. Ecker, BBO No.: 554623 <br> Brody, Hardon, Perkins & Kesten, LLP <br> One Exeter Plaza, 12th Floor <br> Boston, MA 02116 <br> (617) 880-7100 |

DATED: November 14, 2005