```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS



ROBERT L. JOHNSON
        Plaintiff,

            v.                              CIVIL ACTION
                                             NO. 04-11937-DPW
TOWN OF SANDWICH ET AL
        Defendant,
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued March 26, 2007, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        BY THE COURT,

                                        <u>/s/ Michelle Rynne</u>
                                        Deputy Clerk


DATED:  March 26, 2007